JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY MYERS,<br><br>  Plaintiff,<br><br>  vs.<br><br>AETNA LIFE INSURANCE COMPANY AND CALIFORNIA INSTITUTE OF TECHNOLOGY LONG TERM DISABILITY PLAN,<br><br>  Defendants. | CASE NO: CV 19-09555 DSF KSx)<br><br>**SECOND AMENDED JUDGMENT IN FAVOR OF PLAINTIFF** |

Pursuant to the Court's Findings of Fact and Conclusions of Law (Docket No. 35):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Vicky Myers ("Plaintiff") shall have Judgment in her favor and against defendant Aetna Life Insurance Company ("Aetna")[1] on her claim for long term disability benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Aetna shall pay long term disability benefits due and owing to Plaintiff for the period of July 7,

---

[1] Defendant California Institute of Technology Long Term Disability Plan was voluntarily dismissed by plaintiff on January 8, 2020. Dkt. #13.

2018 to July 7, 2020, in the total amount of $127,297.79. Plaintiff is further entitled to an award of pre-judgment interest in the amount of $2,966.03. The total amount to be paid pursuant to this Judgment is $130,263.82.

It is FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff's claim shall be remanded to Aetna to determine plaintiff's eligibility for continuing benefits under the terms of the Plan as of July 8, 2020. If the parties are unable to resolve plaintiff's claim for attorneys' fees, plaintiff may file a Motion seeking an award of fees by February 16, 2021.

IT IS SO ORDERED.

DATED: March 1, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE